**JS -6 / ENTERED**

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO LARA, | Case No. CV 12-4372-JGB (JPR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| GREG LEWIS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 17, 2013

JESUS G. BERNAL
U.S. DISTRICT JUDGE